IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SHERRY KNIGHT AND
DARRYL KNIGHT                                                                                    PLAINTIFFS

V.                                                        CIVIL ACTION NO. 3:18-CV-115-NBB-JMV

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY                                                          DEFENDANT

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that Defendant Allstate Property and Casualty Insurance Company's motion for partial summary judgment is **GRANTED**.

This 23rd day of August, 2019.

                                               /s/ Neal Biggers
                                               NEAL B. BIGGERS, JR.
                                               UNITED STATES DISTRICT JUDGE